# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **David Paul Chubb,** as Personal Representative of the Estate of David Paul Chubb, <br><br> Plaintiff, <br><br> vs. <br><br> **Daimler Trucks North America LLC,** <br><br> Defendants. | 2:21-CV-11535-TGB-APP <br><br><br> **ORDER STAYING CASE UNTIL FURTHER ORDER** |

This case ("*David Chubb*") was reassigned as a companion to *Estate of Jacob Chubb et al v. Daimler Trucks North America LLC et al*, 2:18-cv-10843-TGB-SDD ("*Jacob Chubb*"). Counsel in both cases are the same and the cases involve the same subject matter. Based on previous conversations with counsel during a status conference in *Jacob Chubb*, the Court understands that *David Chubb* is a renewal of the original case, filed by Plaintiff's counsel because *Jacob Chubb* was dismissed without prejudice (ECF No. 37).

After dismissal, Defendants appealed the case (ECF No. 38). In light of the Sixth Circuit's opinion on the appeal (ECF No. 41), *Jacob Chubb* was reopened and Defendants were permitted to refile a motion

1

to dismiss (ECF No. 46). As a result, it will be more efficient to move forward with this case once the pending motion in *Jacob Chubb* has been resolved.

It is therefore **ORDERED** that all proceedings in this matter are **STAYED** until further order of the Court.

**SO ORDERED** this 12th day of July, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge