# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID PAUL CHUBB as
Personal Representative of the
Estate of David Paul Chubb

Case No. 2:21-CV-11535-TGB-APP
Hon. Terrence G. Berg

    Plaintiff,

-vs-

DAIMLER TRUCKS NORTH
AMERICA, LLC

    Defendant.

_____/

## ORDER TO SCHEDULE STATUS CONFERENCE

This matter having come before the Court on the stipulation of the parties; on March 31, 2022, Defendant filed a Motion for Judgment on the Pleading; there is an Appeal pending on the prior matter; Dispositive Motion Cutoff is scheduled for November 18, 2022; the Parties would like an opportunity to discuss the status of the case and any pending deadlines with the Court; and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that a Status Conference in this matter will be scheduled for October 24, 2022 at 11:00 a.m..

**IT IS SO ORDERED.**

Approved as to form and content:

*/s/ Matthew Broderick*
Matthew Broderick (P47403)
broderickslaw@aol.com
Attorneys for Plaintiff

*/s/ Anthony A. Agosta*
Anthony A. Agosta (P57355)
aagosta@clarkhill.com
Attorneys for Defendant